PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:16-mj-0027-CMK |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE ARRAIGNMENT |
| v. | |
| DAVID DWAINE COX, | |
| Defendant. | |

The United States and defendant David Dwaine Cox, by and through his undersigned attorney, hereby stipulate and request that the arraignment currently set for October 18, 2016, at 11:00 a.m. be continued to November 30, 2016, at 1:30 p.m.

DATED: October 17, 2016         PHILLIP A. TALBERT
                                Acting United States Attorney

                        By:     /s/ Justin L. Lee
                                JUSTIN L. LEE
                                Assistant U.S. Attorney
///

///

1

1 | DATED: October 17, 2016

By:    /s/ *John M. Kucera*
       JOHN M. KUCERA
       Counsel for Defendant
       (authorized via email 10/17/16)

ORDER

It is hereby ordered that the arraignment presently set for October 18, 2016, at 11:00 a.m. be continued to November 30, 2016, at 1:30 p.m.

DATED: 10-18-16

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE