1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  TIMOTHY ZINDEL, #158377
   Assistant for the Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700   Fax: 916-498-5710

5  Attorneys for Defendant
   DAVID COX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:16-MJ-0027-CMK |
| Plaintiff, | ) ORDER FOR TRANSPORTATION |
|  | ) PURSUANT TO 18 U.S.C. §4285 |
| v. | ) |
| DAVID COX, | ) Judge: Hon.  Kendall J. Newman |
| Defendant. | ) |

**TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:**

This is to authorize and direct you to furnish the above named, DAVID COX with transportation from Sacramento, California, to the place of his residence, Redding, California. In addition, the United States Marshal must furnish Mr. Cox with money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code. Mr. Cox was brought to Sacramento, California by the United States Marshal's Office for the Magistrate Judge's 2:00 p.m. calendar on February 8, 2017. Mr. Cox is financially unable to return to Redding, California, the place of his bonafide residence after being brought to Sacramento, California by the United States Marshal's Office for the 2:00 p.m. Magistrate Judge calendar.

/ / /

/ / /

-1-

This is authorized pursuant to 18 U.S.C. § 4285.

    IT IS SO ORDERED.

Dated: February 8, 2017

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE