**FILED**

February 8, 2017

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>DAVID DWAINE COX, )<br><br>Defendant. ) | CASE NUMBER: 3:16-mj-00027-CMK<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>David Dwaine Cox</u>; Case <u>3:16-mj-00027-CMK</u>

from custody and for the following reasons:

   <u>X</u>    Release on Personal Recognizance

   \_    Bail Posted in the Sum of _____

   \_    Unsecured Appearance Bond in the amount of

   \_    Appearance Bond with 10% Deposit

   \_    Appearance Bond secured by Real Property

   \_    Corporate Surety Bail Bond

   \_    (Other) <u>Pretrial Supervision/Conditions as stated on the record</u>

Issued at <u>Sacramento, CA</u> on <u>  2/8/2017  </u> at <u>2:15 pm</u>

By                

Kendall J. Newman
United States Magistrate Judge