HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
DAVID DWAINE COX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID DWAINE COX,<br><br>　　　　Defendant. | Case No. 2:17-mj-047 CKD<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:　August 24, 2017<br>Time:　9:30 a.m.<br>Judge:　Hon. Carolyn K. Delaney |

　　　　IT IS HEREBY STIPULATED between the parties through their respective counsel, Robert Artuz, Assistant United States Attorney, and Linda C. Allison, Chief Assistant Federal Defender, attorney for David Dwaine Cox, that the Court continue the status conference hearing on August 24, 2017 at 9:30 a.m. to September 21, 2017 at 9:30 a.m.

　　　　The reason for the continuance is that the client has had eye surgery and cannot drive to court and the parties need more time to work on a resolution.

/ / /

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| DATED: August 23, 2017 | | Respectfully submitted, |
| | | HEATHER WILLIAMS<br>Federal Defender |
| | | */s/Linda C. Allison*<br>LINDA C. ALLISON<br>Chief Assistant to the Federal Defender |
| | | Attorneys for Defendant<br>DAVID DWAINE COX |
| Dated: November 15, 2013 | | PHILLIP A. TALBERT<br>United States Attorney |
| | | */s/ Linda C. Harter for*<br>ROBERT ARTUZ<br>Assistant United States Attorney |

# ORDER

IT IS HEREBY ORDERED, that the August 24, 2017 status conference shall be continued until September 21, 2017, at 9:30 a.m.

Dated: August 23, 2017

/s/Carolyn K. Delaney
HON. CAROLYN K. DELANEY
United States Magistrate Court Judge

Stipulation and Proposed Order to
Continue Status Conference

-3-