| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LINDA ALLISON, #179741 |
| | Assistant for the Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA  95814 |
| 4 | Tel: 916-498-5700   Fax: 916-498-5710 |
| 5 | Attorneys for Defendant |
| | DAVID COX |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:17-MJ-0047-CKD |
|---|---|
| Plaintiff, | ) |
| | ) [~~PROPOSED~~] ORDER |
| vs. | ) |
| DAVID COX, | ) |
| Defendant. | ) Judge:  Hon. Carolyn K. Delaney |

GOOD CAUSE HAVING BEEN SHOWN, the Court grants the defense request and ORDERS that the case be transferred to the Redding Division for further proceedings.  The current trial date of December 20, 2017 is hereby vacated as a new trial date will be assigned by the Magistrate Court in Redding.

Dated:  December 14, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

-1-